IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 15–23–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JESSE DALE VANHOOK, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on January 11, 2016. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Jesse Dale Vanhook's guilty plea after Vanhook appeared before him pursuant to Federal Rule of Criminal

Procedure 11, and entered a plea of guilty to one count of being in possession of a firearm in violation of 18 U.S.C. § 922(g)(1) (Count I), as set forth in the Indictment. The Defendant admits to the forfeiture allegation.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 24), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Jesse Dale Vanhook's motion to change plea (Doc. 16) is GRANTED and Jesse Dale Vanhook is adjudged guilty of the offense charged in the Indictment.

DATED this 26th day of January, 2016.

Dana L. Christensen, Chief District Judge
United States District Court